STATE of Missouri, Respondent,

v.

George WILLIAMS, Appellant.

Nos. WD 45008, WD 46550.

Missouri Court of Appeals,
Western District.

March 9, 1993.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Joan F. Gummels, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and SHANGLER and FENNER, JJ.

ORDER

PER CURIAM.

Defendant appeals from a jury verdict finding him guilty of one count of robbery in the first degree in violation of § 569.020, RSMo 1986 and one count of armed criminal action in violation of § 571.015, RSMo 1986. Defendant was sentenced as a prior, persistent and class X offender to serve consecutive terms of thirty years imprisonment. Defendant also appeals from the denial of his Rule 29.15 motion without an evidentiary hearing.

Judgment is affirmed. Rules 84.16(b) and 30.25(b).

STATE of Missouri, Respondent,

v.

Walter L. BEAVERS, Appellant.

No. WD 46082.

Missouri Court of Appeals,
Western District.

March 9, 1993.

Lorry L. Kohrs, Asst. Appellant Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and HANNA, JJ.

ORDER

PER CURIAM:

Walter L. Beavers appeals the judgment of conviction, entered following jury guilty verdicts, of robbery in the first degree, § 569.020, RSMo 1986, two counts of armed criminal action, § 571.015.1, RSMo 1986, and kidnapping, § 565.110, RSMo 1986. Mr. Beavers was sentenced to ten years incarceration on each of the four counts, the robbery and armed criminal action violations to be served concurrently with each other and consecutively to the concurrent sentences imposed for kidnapping and the second armed criminal action conviction. The judgment of conviction is affirmed. Rule 30.25(b).